**Order entered July 7, 2021**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-20-00982-CV

**JOHNNY AGUINAGA, ET AL., Appellants**

**V.**

**JAT PROJECTS HOLDINGS TEXAS, LLC, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

## ORDER

Before the Court is appellees' July 2, 2021 motion to dismiss the appeal for mootness and unopposed request to stay briefing. The motion to dismiss is based on the issues asserted in appellants' amended brief filed on May 7, 2021. We **GRANT** the motion **to the extent** that we **STAY** the deadline for appellees' brief pending disposition of the motion to dismiss. Appellants shall file, by **July 19, 2021**, a response to the motion to dismiss.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE